UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-MC-5024 BHS JRC |
| Petitioner, | |
| v. | ORDER REQUIRING RESPONDENT TO SHOW CAUSE REGARDING CONTEMPT OF COURT |
| RAJNEEL R. LAL, | |
| Respondent. | |

Upon petition of the United States, and good cause appearing, now therefore,

IT IS HEREBY ORDERED that the respondent, Rajneel R. Lal, shall appear before this Court at the United States Courthouse, 1717 Pacific Avenue, **Courtroom D,** Tacoma, Washington, on **Thursday, February 23, 2017, at 9:30 a.m.**, and show cause, if any he has, why he should not be held in contempt of this Court for failure to appear, testify, and produce books, papers, records, and other data, as directed in the Order of Enforcement of Summonses entered in this case on October 26, 2016.

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 1
(16-MC-5024 BHS JRC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**RESPONDENT, RAJNEEL R. LAL, IS HEREBY NOTIFIED THAT IF HE FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A BENCH WARRANT SHALL BE ISSUED FOR HIS ARREST FOR CONTEMPT OF COURT**.

The United States Marshal shall serve a copy of the Petition for Order to Show Cause Regarding Contempt of Court and this Order to Show Cause Regarding Contempt of Court upon the respondent, Rajneel R. Lal, and file with the Clerk an appropriate return.

DATED this 9th day of January, 2017.

J. Richard Creatura
United States Magistrate Judge

Presented by:

*/s/ Aditi Paranjpye*
ADITI PARANJPYE, CABA #302117
Assistant United States Attorney

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 2
(16-MC-5024 BHS JRC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970